**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2398**

STARSHA SEWELL,

             Plaintiff – Appellant,

        v.

PRINCE GEORGE'S COUNTY DEPARTMENT OF SOCIAL SERVICES,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District Judge.  (8:12-cv-02522-DKC)

Submitted:  April 11, 2016          Decided:  April 21, 2016

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se.  Stephanie A. Lewis, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders denying as moot her motion for recusal and denying her motion for relief from judgment and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Prince George's County Dep't of Soc. Servs., No. 8:12-cv-02522-DKC (D. Md. Oct. 21 & Nov. 2, 2015). The motions to transfer, for telephone conference, and for default and summary judgment are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED